JOSEPH H. BEARNS as Guardian, etc., Respondent, *v.* DAVID
H. GOULD, Appellant.

(Argued April 1, 1879 ; decided April 8, 1879.)

THIS was a motion to substitute one Alexander H. Fisher
as plaintiff and respondent herein. Defendant demurred to

the complaint on the ground, among others, that said Fisher should have been the plaintiff. The demurrer was overruled, and the case was here upon appeal from judgment of General Term sustaining the demurrer.

*C. W. Bangs* for motion.

*Freeman J. Fithian* opposed.

DANFORTH, J., reads *mem.* for granting motion without prejudice to appeal now pending in this court, and without in any manner affecting the right of the appellant to have the questions upon that appeal determined in the same manner as they would have been if substitution had not been made.

All concur.

Ordered accordingly.